# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| **J&B TANKERS, INC. and JAMES WESTLAKE** | * * | |
| **PLAINTIFFS** | * * | |
| **V.** | * * * | **CASE NO. 4:20CV01277 SWW** |
| **NAVISTAR INTERNATIONAL CORPORATION** | * * | |
| **DEFENDANT** | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 2ND DAY OF DECEMBER, 2021.

/s/ Susan Webber Wright
_____
UNITED STATES DISTRICT JUDGE